IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                         MDL No. 2570

This Document Relates to all Cases
(See Exhibit A)

**NOTICE OF CHANGE OF LAW FIRM ADDRESS**

PLEASE TAKE NOTICE that Richard Lewis and Steven Rotman of the law firm
Hausfeld LLP, attorneys for plaintiffs on all cases listed in Exhibit A, firm address has
changed for the District of Columbia office location only.  Hausfeld LLP's new address for
the District of Columbia office location effective immediately is 1200 17th Street N.W.,
Suite 600, Washington, DC 20036.  The telephone number, facsimile, and email addresses
remain unchanged.

Respectfully Submitted

March 31, 2025                    By:    */s/ Richard Lewis*
                                        Richard S. Lewis
                                        Steven Rotman
                                        HAUSFELD LLP
                                        1200 17th Street, N.W.
                                        Suite 600
                                        Washington, DC 20036
                                        Telephone: (202) 540-7200
                                        Facsimile: (202) 540-7201
                                        Email: rslewis@hausfeld.com
                                               srotman@hausfeld.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Richard Lewis*

Richard S. Lewis

Steven Rotman